1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JIMMY T. DOAN (CABN 271448)
   Special Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5054
7       FAX: (408) 535-5066
        jimmy.doan@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-00709-LHK |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER VACATING HEARING DATE AND EXCLUDING TIME |
| v. | |
| JEREMY DANIELS, | |
| Defendant. | |

## **STIPULATION**

The defendant, JEREMY DANIELS, represented by Dejan Gantar, Assistant Federal Public Defender, and the government, represented by Jimmy Doan, Special Assistant United States Attorney, appeared before the Court on January 7, 2020 for a detention hearing. The Court set a Status Conference for January 14, 2020 at 1:30 p.m. before the Honorable Judge Cousins and a Status Conference for February 26, 2020 at 9:15 a.m. before the Honorable Judge Koh.

The parties hereby agree and stipulate that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, from the date of the signing of the proposed order submitted herewith to February 26, 2020. At the detention hearing held on January 7, 2020, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act once the government produced discovery so

STIPULATION AND [~~PROPOS~~ED] ORDER
CR 19-00709-LHK

that defense counsel could continue to prepare, including by reviewing the discovery produced. For this reason and as further stated on the record at the detention hearing, the parties stipulate and agree that excluding time until February 26, 2020 will allow for the effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from the date of the signing of the proposed order submitted herewith through February 26, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further respectfully request that the Status Conference currently set for January 14, 2020 at 1:30 p.m. be vacated. The parties agree that the January 14, 2020 Status Conference will not be necessary in light of the stipulation herein.

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 9, 2020

/s/
JIMMY DOAN
Special Assistant United States Attorney

DATED: January 9, 2020

/s/
DEJAN GANTAR
Counsel for Jeremy Daniels

STIPULATION AND [PROPOSED] ORDER
CR 19-00709-LHK

1 **[PROPOSED] ORDER**

2  Based upon the facts set forth in the stipulation of the parties and the representations made to the
3 Court on January 7, 2020 and for good cause shown, the Court finds that failing to exclude the time
4 from the date of this order through February 26, 2020 would unreasonably deny defense counsel and the
5 defendant the reasonable time necessary for effective preparation, taking into account the exercise of
6 due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by
7 excluding the time from the date of this order through February 26, 2020 from computation under the
8 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore,
9 and with the consent of the parties, IT IS HEREBY ORDERED that the time from the date of this order
10 through February 26, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
11 3161(h)(7)(A), (B)(iv).

12  IT IS SO ORDERED.

14 DATED: January 10, 2020



STIPULATION AND [PROPOSED] ORDER
CR 19-00709-LHK