**FILED**

Jul 21 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | **RE:** | Jeremy DANIELS |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 19-cr-00709-LHK |

**Date:**   June 25, 2020

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Nelson G. Barao, Specialist                                 510-637-3758

**U.S. Pretrial Services Officer**                        **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

  A.

  B.

  C.

☒ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____                          July 21, 2020
JUDGE                                                **DATE**

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*